UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Criminal No. 07-131-04 (JR) |
| | ) | |
| **KEITH SAMPLER** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PRAECIPE

By this praecipe, will the CLERK OF THE COURT please enter the appearance of undersigned counsel.

Respectfully submitted,

/s/
DIANE S. LEPLEY, #368927
400 Seventh Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 393-0007

### Certificate of Service

I do hereby certify that a true copy of the foregoing has been served by mail, postage prepaid, upon Arvid Lal, Esquire and Matt Cohen, Esquire, Assistant United States Attorneys, at 555 Fourth Street, N.W., Washington, D.C. 20530 this 11th day of September, 2007.

/s/