**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 07-131-04 (JR)** |
| | ) | |
| **KEITH SAMPLER** | ) | |
| | ) | |
| **Defendant.** | ) | |

## Notice to the Court Re: Appearance of Stand-in Counsel

Will the CLERK OF THE COURT please note that undersigned counsel will be out of the country from September 12 through September 24, 2007, which includes the date of the status hearing.   Counsel notified the Court and parties of this fact at the initial hearing and has informed her client who does not object to Joseph Conte acting as stand-in counsel on his behalf at the joint hearing.

Respectfully submitted,


_____/s/_____
DIANE S. LEPLEY, #368927
400 Seventh Street, N.W.
Suite 400
Washington, D.C.  20004
(202) 393-0007

**Certificate of Service**

I do hereby certify that a true copy of the foregoing has been served by mail, postage prepaid, upon Arvid Lal, Esquire and Matt Cohen, Esquire, Assistant United States Attorneys, at 555 Fourth Street, N.W., Washington, D.C. 20530 this 11th day of September, 2007.

/s/