UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 07-131 |
| v. | : | |
| | : | GRAND JURY ORIGINAL |
| **JAMES BECTON, et al.** | : | |
| | : | (UNDER SEAL) |
| **Defendant.** | : | |

FILED OCT 17 2007

UNSEALED 10/19/07

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Based on the representations in the government's motion to seal the superseding indictment and to delay entry on the public docket of the filing of this motion to seal, this Court makes the following:

### FINDINGS OF FACT

The government has covertly investigated the defendants in a criminal investigation involving undercover agents and cooperating individuals. Law enforcement believes the some of the defendants are unaware of this investigation. The general public is also not aware of this superseding indictment

The defendants' discovery of this superseding indictment would pose a substantial risk to the personal safety of the undercover agents, cooperating individuals and law enforcement officials.

The public docketing at this time of the superseding indictment and to delay entry on the public docket of the filing of this motion to seal, as well as the Order granting such motion will likely substantially jeopardize the ongoing criminal investigation and apprehension of the fugitive defendants, and place the personal safety of parties involved in the covert investigation, as well as innocent bystanders, at substantial risk.

Based on the representations in the government's motion, <u>Washington Post v. Robinson</u>, 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991), this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the superseding indictment in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this 17th day of October, 2007,

**ORDERED** that this Order, and the attached government motion to seal the superseding indictment and to delay entry on the public docket of the filing of this motion to seal shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further **ORDERED** that the indictment in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court.

It is further **ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

United States Magistrate Judge
for the District of Columbia