UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 07-131 (04) (JRR) |
| ) | |
| KEITH SAMPLER ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ADDITIONAL LAW LIBRARY ACCESS AT THE D.C. JAIL**

    Defendant Keith Sampler, through undersigned counsel, respectfully submits this motion for additional access to the law library at the D.C. Jail.  In support of this motion, the defendant relies upon the attached Memorandum of Points And Authorities.

Respectfully submitted,

_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W.
Suite 400
Washington, D.C.  20004
(202) 393-0007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 07-131 (04) (JRR) |
| | ) |
| KEITH SAMPLER | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR ADDITIONAL LAW LIBRARY ACCESS AT THE D.C. JAIL**

**Facts**

Defendant Keith Sampler is currently detained at the D.C. Jail pending trial, which is estimated to last several months. He is charged with a wide-ranging conspiracy to distribute narcotics which spanned many years and involved multi-kilograms of cocaine. If convicted, he faces a potential sentence of up to life imprisonment.

The case presents many complex legal issues, including the legality of the wiretaps and of the many searches and seizures at locations around the metropolitan area. These issues which are being discussed with the defendant require him to have a ready command of the massive amounts of discovery which include thousands of wiretapped conversations, videotapes and documents. Counsel is having the relevant discovery distilled to computer discs[1] for the defendant's review in the law library. In order for him to make such reviews, he needs frequent access to the law library. It is counsel's understanding that a custodian in the law library is maintaining such discs in this and other cases for inmates' use.

---

[1] Counsel has directed her paralegal to provide discs which are "readable" only.

At present, Mr. Sampler enjoys very limited access to the law library.

**Argument**

It is well settled that the Sixth Amendment to the United States Constitution guarantees an accused "meaningful access to courts," which includes reasonable law library access at government expense. Bounds v. Smith, 430 U.S. 817, 828 (1977). As is obvious, given the seriousness and the complexity of the charges against defendant, his current one hour per week access to the library is insufficient and does not constitute "meaningful access" within the letter or the spirit of the Sixth Amendment. See Murray v. Giarrantano, 492 U.S. 1 (1989); Alston v. Debruyn, 13 F. 3d 1036, 1041 (7th Cir. 1994).

While counsel is sensitive to the legitimate concerns of the D.C. Jail to run its institution without interference from the courts, the jail must also be sensitive to the constitutional right of an accused to have a "meaningful access" to the law library to prepare for trial. Moreover, if Mr. Sampler has access to the discs, then that will cut down on the cost to the courts.

Wherefore, for the foregoing reasons, the defendant requests that said motion be granted.

Respectfully submitted,

_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W.
Suite 400
Washington, D.C.  20004
(202) 393-0007

<u>Certificate of Service</u>

I do hereby certify that a true copy of the foregoing was served upon government counsel by email this 21st day of December, 2007.

                                                      _____/s/_____
                                                      Diane S. Lepley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 07-131 (04) (JRR) |
| ) | |
| **KEITH SAMPLER** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of Defendant Sampler's Motion For Additional Law Library Access At The D.C. Jail and the record herein, it is this _____ day of _____, 200_, hereby

ORDERED, that said motion is granted and that Keith Sampler is to be no less than _____ hours per week, and it is further

ORDERED, that the D.C. Jail shall permit the defendant's counsel to provide Mr. Sampler with one or more computer discs containing solely the discovery in his case.

SO ORDERED.

_____
James Robertson

copies to:

Arvid Lal, Esquire
Mathew Cohen, Esquire
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, D.C. 20530

Diane S. Lepley, Esquire
400 Seventh Street, N.W., Suite 400
Washington, D.C.  20004