FILED

MAR 13 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

v.                              : CR. NO. 07-131-01 (JR)

JAMES BECTON, et al.            :

### ORDER FOR DEFENDANTS' ACCESS TO COMPUTERS

The Court has before it the request of all defendants in the above referenced case for access to the computers in the law library at the D.C. Jail for the purpose of reviewing wiretaps and other discovery documents that have been provided to defense counsel in a digital format on compact discs. On November 13, 2007, this Court found good cause to order the warden of the D.C. Jail to permit James Becton, an individual defendant, use of the law library three times a week with sufficient time to review the discovery material. The Court finds that there is good cause to issue an order granting comparable access to digital discovery material with respect to all other defendants currently awaiting trial and incarcerated at the D.C. Jail. The Court further finds that there are security and logistical problems associated with transporting defendants to the library who are housed in maximum security at the D.C. Jail and that in order to ameliorate the problem the Federal Defender has provided the Jail with a laptop computer to accommodate the maximum security defendants' access to computers to review discovery . Wherefore it is hereby this 11th day of March 2008,

ORDERED, that the warden of the D.C. Jail make reasonable and good faith efforts, subject to security considerations, to assure that all defendants awaiting trial in the above referenced case (Becton, James, DCDC 265-550, Best, Willie, DCDC 264-406, Butler, Rubin, DCDC 313-960, Hodge, Johnny, DCDC 268-995, Sampler, Keith, DCDC 312-915, Washington, Tyrone, DCDC 280-831, Becton, Christopher DCDC 265-395) are permitted access to a laptop computer or the law library computer, as their housing and security status allows, at least three times a week with sufficient time to review discovery materials. The warden at his discretion may use the laptop computer to maximize access to discovery materials for all defendants in this case if security or logistical issues arise with respect to library access.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE


cc:    Office of the Warden
       D.C. Jail
       1901 D Street S.E.
       Washington, D.C. 20003