NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

    vs.                                                    CRIMINAL NUMBER   07-131(JR)

JAMES BECTON, ET AL

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR AS THE COURT EXPERT PER COURT ORDER (SEE DOCUMENT 127)  IN THE ENTITLED ACTION AS A CJA APPOINTMENT *NUNC PRO TUNC* TO MARCH 13, 2008.

> JENSEN E. BARBER II
> BAR 376325
> Law Offices of J.E. Barber, PC
> 400 7th Street, NW
> Suite 400
> Washington, D.C. 20004-2242
> (202) 737-8511
> Jebarberpc@aol.com