April 7, 2008

By Messenger

Maria Amato, General Counsel
Department of Corrections
Office of Attorney General for the
District of Columbia
1923 Vermont Avenue, NW, N 102
Washington, D.C. 20001

      Re: *United States v. James Becton, et al.*, 07-cr-131 (JR)

Dear Ms. Amato:

      Based upon our conversation, I am providing discovery for the following seven persons, being held without bond in the *Becton* case at the DC Jail:

| | | | | |
|---|---|---|---|---|
| 1. | Tyrone Washington<br>DCDC 280-831 | | 5. | Rubin Butler<br>DCDC 313-960 |
| 2. | Christopher Becton<br>DCDC 265-395 | | 6. | Willie Best<br>DCDC 264-406 |
| 3. | Keith Sampler✷<br>DCDC 312-915 | | 7. | James Becton<br>DCDC 265-550 |
| 4. | Johnny Hodge✷<br>DCDC 268-995 | | | |

✷Contains one extra disk with telephone calls copied from the Title III wiretap.

Discovery Transmittal
Maria Amato, Esquire
April 7, 2008
Page 2

     Each defendant is provided with 11 CD/DVDs containing audio and video discovery as provided by Assistant United States Attorney Arvind Lal. Two defendants, indicated by the asterisk, are being provided one (1) additional CD each which contains telephone calls pertinent to them.

     As we discussed, there are in excess of 25,000 or so recorded telephone calls; I have so far searched, reviewed and recorded only those calls belonging to Messrs. Sampler and Hodge. I expect it will take another week or so to complete that part of the task. I have also been informed that defense counsel wish me to provide copies of photographs and other discovery. I am willing to do so, but I will come up for air once before we start on that assignment.

     We have reviewed each disk to insure that nothing untoward or illegal has been included. I can attest that each one meets the criteria upon which the government insisted.

     Each package contains the following discovery:

     Disk 1.     Defendants' Statements;

     Disk 2.     October 14, 2004 Stop by Trooper C. L. Jones;

     Disk 3.     October 14, 2004 Stop by Trooper Eller;

     Disk 4.     Surveillance: November 17, 2005; Disk 1of 8;

     Disk 5.     Surveillance: January 3, 2006: Disk 2 of 8;

     Disk 6.     Surveillance: January 6, 2006: Disk 3 of 8;

     Disk 7.     Surveillance: January 25, 2006: Disk 4 of 8;

     Disk 8.     Surveillance: April 6, 2006: Disk 5 of 8;

     Disk 9.     Surveillance: April 9, 2007: Disk 6 of 8;

Discovery Transmittal
Maria Amato, Esquire
April 7, 2008
Page 3

    Disk 10.    Surveillance: July 14, 2006: Disk 7 of 8:

    Disk 11.    Surveillance: Keith Sampler: Disk 8 of 8:

    Each of the seven packages corresponds to a singular inmate and is color coded, each disk has the case name, the contents and an identifying name and DCDC number for each inmate, I have left each package unsealed in case you or the DC Jail staff wish to double check before distributing the CDs. .

    Should you have any questions or concerns please do not hesitate to call me. Thank you for being so accommodating with this arduous task. Please be assured, I remain,

    Sincerely yours,

    Jensen E. Barber II
    Court Discovery Expert

cc: Notice of Filing: ECM