UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Criminal No. 07-131 (03) (JR) |
| | ) | |
| **KEITH SAMPLER** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CONSENT MOTION FOR EXTENSION TO FILE PRETRIAL MOTIONS

The defendant, Keith Sampler, through undersigned counsel, respectfully moves this Honorable Court for a 10-day extension of time to file pretrial motions in this case. In support of this motion, the defendant relies upon the attached Memorandum of Points and Authorities.

                                                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  Diane S. Lepley, Bar No. 368927
                                                  400 Seventh Street, N.W.
                                                  Suite 400
                                                  Washington, D.C. 20004
                                                  (202) 393-0007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 07-131 (03) (JR) |
| ) | |
| **KEITH SAMPLER** ) | |
| ) | |
| **Defendant.** ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION FOR EXTENSION TO FILE PRETRIAL MOTIONS**

1. Pretrial motions are due on April 18, 2008 with government responses due May 20, 2008 and a motion hearing set for June 11, 2008.

2. For months, counsel has been working with her client to review the voluminous discovery, including thousands of wiretap conversations, search warrant materials and surveillance videos and photographs. Unfortunately, discovery review is incomplete. Until it is concluded, undersigned counsel will be unable to identify all of the potential issues.

3. The government does not oppose a ten day extension.

WHEREFORE, for the above reasons, the defendant requests that said motion be granted.

Respectfully submitted,

_____/s/_____
DIANE S. LEPLEY, #368927
400 Seventh Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 393-0007

**Certificate of Service**

I do hereby certify that a true copy of the foregoing was served by facsimile upon Arvid Lal and Matt Cohen, Assistant United States Attorneys, this 18th day of April.

_____/s/_____
Diane S. Lepley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )   | |
| Plaintiff,    ) | |
| )   | |
| v.    ) | Criminal No. 07-131 (03) (EGS) |
| )   | |
| KEITH SAMPLER    ) | |
| )   | |
| Defendant.    ) | |

### ORDER

Upon consideration of defendant Sampler's Consent Motion For An Extension To File Pretrial Motions and the record herein, it is hereby

ORDERED, that said motion is granted and the defendant shall have until April 28, 2008 to file pretrial motions.

SO ORDERED.

_____
James Robertson
United States District Court Judge