UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 07-131 (04) ~~(EGS)~~ (JR) |
| KEITH SAMPLER, | ) |
| Defendant. | ) |

**FILED**

APR 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

Upon consideration of defendant Sampler's Consent Motion For An Extension To File Pretrial Motions and the record herein, it is hereby

ORDERED, that said motion is granted and the defendant shall have until April 28, 2008 to file pretrial motions.

SO ORDERED.

_____
James Robertson
United States District     Judge

