UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

*Keith Sampler*

Criminal No. _07-131-04_

**WAIVER OF TRIAL BY JURY**

**FILED**
MAY - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:
_____
Assistant United States Attorney

**APPROVED:**

_____
JAMES ROBERTSON
United States District Judge

Dated: __5/7/__ 2008