UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA     : | |
| : | Criminal No.  07-131 (JR) |
| v.                                                       : | |
| : | |
| JAMES BECTON et al.,                         : | |
|         Defendants.                      : | |
| : | |

UNOPPOSED MOTION TO EXTEND FILING DEADLINE

      The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this unopposed motion to extend the deadline for filing the government oppositions to defendant Willie Best's pre-trial motions.  In support of this request, the United States makes the following representations:

      1.    The Court previously directed that motions were to be filed in this case by April 18, 2008; that responses were due May 20, 2008; and that the parties were to convene for a motions hearing on June 11, 2008.  The Court has previously granted unopposed motions to extend the filing dates of the defendants and the government.  The government's response to the various motions is currently due to be filed by May 30, 2008.

      2.    Through counsel, defendants James Becton and Willie Best have collectively filed approximately 19 motions to which the United States must respond.  The Government is preparing an omnibus response to the motions filed by James Becton and anticipates that it will be filed by May 30, 2008.

      3.    Based upon a personal circumstance of the undersigned and ongoing discussion between the parties, the United States seeks to enlarge the deadline for responding to the motions filed by Willie Best by seven days, from May 30 to or before June 6, 2008.  Counsel for

defendants Becton and Best have no opposition to this request. The Government also seeks to limit the June 11, 2008 hearing to the consideration of the pending legal issues and to postpone the consideration of the Willie Best motions that require an evidentiary hearing. The Government does not believe that any of defendant James Becton's motions require an evidentiary hearing. Counsel for defendants Becton and Best also do not have any opposition to this request.

    4.    The United States submits that the extended filing deadline requested herein will give the parties an opportunity to continue their discussions and may alleviate the need to conduct any evidentiary hearing related to the motions filed by Willie Best. In addition, limiting the June 11, 2008 hearing to consideration of the various legal issues raised in the remaining motions may facilitate discussions with other defendants.

    WHEREFORE, the United States respectfully requests that the Court extend to June 7, 2008, the deadline for responding to the motions filed by Willie Best and to continue any evidentiary hearings required by the defense motions.

    Respectfully submitted,

    JEFFREY A. TAYLOR, D.C. Bar # 498-610
    United States Attorney

By:     /s/
    ARVIND K. LAL, D.C. Bar # 389-489
    MATTHEW P. COHEN, D.C. Bar # 469-629
    Assistant United States Attorneys
    Organized Crime and Narcotics Trafficking Section
    555 4th Street, N.W., Rm. 4217 (Lal)
    Washington, D.C. 20530
    202-353-8833

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No.  07-131 (JR) |
| v. | : | |
| | : | |
| JAMES BECTON, et al., | : | |
|       Defendants. | : | |
| | : | |

## ORDER

Based on the representations of the parties and the record herein, the government's Unopposed Motion to Extend Filing Deadline is GRANTED, and the government's responses to the motions filed by defendant Willie Best shall be due on or before by June 7, 2008 and any evidentiary hearings required by the motions filed by the defendants shall be continued to a date to be selected at the June 11, 2008 hearing.

    IT IS SO ORDERED.


Date: _____

                                          JAMES ROBERTSON
                                          UNITED STATES DISTRICT JUDGE